### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: April 20, 2009 |
| Court Reporter: Darlene Martinez | |
| Probation Officer: Jan Woll | |

Criminal Action No. 07-cr-00172-CMA-08

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michele Korver |
|     Plaintiff, | |
| v. | |
| 8. EDGAR DIAZ-CALDERON, | Harvey Steinberg |
|     Defendant. | |

___

### SENTENCING MINUTES
___

**11:18 a.m.   Court in session**.

Defendant present in custody.

Also present: FBI Speical Agent Todd Wilcox.

Change of Plea Hearing: October 10, 2008.

Defendant plead guilty to Counts Eighteen and Twenty of the Superseding Indictment and admits to Forfeiture Count Twenty-Four.

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty of **Counts Eighteen and Twenty of the Superseding Indictment and admittance of the Forfeiture Count Twenty-Four**.

**ORDER:**   Sidebar record shall be sealed.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Motion and Notice of Sentencing Factors **(1449)** is **granted**.

**ORDER:**   Government's Rule 48 Motion to Dismiss Remaining Charges as to Defendant Edgard Diaz-Calderon Only **(1450)** is **granted**.

**ORDER:**   Government's § 5K1.1 and § 3553(e) Motion for Downward Departure Based on Substantial Assistance **(1455)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:37 a.m.   Court in recess/hearing concluded**.

Total in-court time: 00:19