**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00172-CMA-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.    EDGAR DIAZ-CALDERON,

    Defendant.

---

**ORDER DENYING MOTION FOR RECONSIDERATION**

---

    This matter is before the Court on a letter submitted by Defendant Edgar Diaz-Calderon (Doc. # 1615), dated May 21, 2011, in which Mr. Diaz-Calderon asks the Court to modify his sentence or, in the alternative, to transfer him from his current facility to FCI Englewood, Colorado.  Although not styled as a motion, the Court will liberally construe this submission as a Motion for Modification of an Imposed Term of Imprisonment filed under 18 U.S.C. § 3582(c).  For the following reasons, the Motion is denied.

    Pursuant to 18 U.S.C. § 3582(c), the court may modify an imposed term of imprisonment in only the following two instances: (1) upon motion of the Director of the Bureau of Prisons and after the court is satisfied certain other factors are met or (2) as "otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure."  Pursuant to Fed. R. Crim. P. 35, within fourteen days after

sentencing, the court may correct clear error that "resulted from arithmetical, technical, or other clear error." Additionally, Rule 35 permits the court to reduce a defendant's sentence "if the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person."

In the instant case, Mr. Diaz-Calderon seeks a modification in his sentence on the basis that, for the last three years, he has kept himself out of trouble, has reflected on his past mistakes, and "would like a second chance to prove and show that if one is given a second opportunity[,] they can change[.]" (Doc. # 1615 at 1). Alternatively, Mr. Diaz-Calderon requests a transfer to FCI Englewood to be closer to his mother and children. Mr. Diaz-Calderon's modification request fails to comport with the aforementioned statutory authority, and his request for a facility transfer has no legal basis.

Accordingly, IT IS ORDERED THAT the Motion for Reconsideration filed by Defendant Edgar Diaz-Calderon (Doc. # 1615) is DENIED.

DATED: July __07__, 2011

BY THE COURT:

CHRISTINE M. ARGUELLO  
United States District Judge